UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABC,<br><br>                    Plaintiff(s),<br><br>            v.<br><br> DEF,<br><br>                    Defendant(s). | 26-MC-273 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Plaintiffs have moved for leave to file their Complaint and Exhibit A thereto under seal. In the alternative, Plaintiffs move for leave to file a version of their Complaint and Exhibit A thereto with redactions applied to the most commercially sensitive and private terms therein. ECF No. 4 at 1.

Plaintiffs' request is **provisionally GRANTED** pending final determination by the duly assigned district judge.  The Court agrees that certain information contained in the Complaint and Exhibit A thereto, such as precise purchase prices, termination rights, and personal contact information of signatories may potentially be subject to redaction.  Plaintiffs' proposed redactions, however, and the sealing of Exhibit A in its entirety, may be overbroad to comport with the presumptive right of public access.  *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

The Clerk of Court is respectfully directed to close ECF No. 1.

SO ORDERED.

Dated:  June 9, 2026
        New York, New York

DALE E. HO
United States District Judge
Part I Judge

2